**Lena BRADEN, Respondent,**

v.

**James Tad WHITNEY, Appellant.**

No. WD50267.

Missouri Court of Appeals,
Western District.

Nov. 7, 1995.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Dec. 26, 1995.

Application to Transfer Denied
Feb. 20, 1996.

Carl W. Bussey, Bussey & Associates, Kansas City, for appellant.

Claire C. McCaskill, Prosecuting Attorney, Christopher R. Smith, Assistant Prosecuting Attorney, Jackson County, Kansas City, for respondent.

Before BERREY, P.J., and ULRICH and ELLIS, JJ.

### ORDER

PER CURIAM:

James Whitney, III appeals the order of the Jackson County Circuit Court finding he is the father of James V. Hatcher, born July 3, 1975, and ordering Whitney to pay child support in the amount of $259.00 per month in addition to ordering him to pay the child support retroactively to October, 1993, for an arrearage in the sum of $3,108.00.

The judgment is affirmed. Rule 84.16(b).